**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM MILLER, Derivatively on Behalf of BELLRING BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DARCY HORN DAVENPORT, ROBERT V. VITALE, THOMAS P. ERICKSON, ELLIOT H. STEIN, JR., JENNIFER KUPERMAN JOHNSON, CHONDA J. NWAMU, SHAWN W. CONWAY, and DAVID I. FINKELSTEIN,<br><br>Defendants,<br><br>-and-<br><br>BELLRING BRANDS, INC.,<br><br>Nominal Defendant. | Civil Action No. 1:26-cv-00294-MN |
| JOSHUA GREEN, Derivatively on Behalf of BELLRING BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DARCY HORN DAVENPORT, SHAWN W. CONWAY, THOMAS P. ERICKSON, JENNIFER KUPERMAN JOHNSON, CHONDA J. NWAMU, ELLIOT H. STEIN, JR., ROBERT V. VITALE, and PAUL RODE,<br><br>Defendants,<br><br>-and- | Civil Action No. 1:26-cv-00341-MN |

BELLRING BRANDS, INC.,

Nominal Defendant.

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Raymond J. DiCamillo of Richards, Layton and Finger, P.A, enters his appearance as counsel for defendants Darcy Horn Davenport, Robert V. Vitale, Thomas P. Erickson, Elliot H. Stein, Jr., Jenniger Kuperman Johnson, Chonda J. Nwamu, Shawn W. Conway and David I. Finkelstein and nominal defendant BellRing Brands, Inc., in the above-captioned matter.

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: dicamillo@rlf.com

*Attorney for Defendants and Nominal Defendant*

**OF COUNSEL:**

**SIMPSON THACHER & BARTLETT LLP**

Peter E. Kazanoff (*pro hac vice* forthcoming)
Meredith D. Karp (*pro hac vice* forthcoming)
Patrick K. Barry (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: pkazanoff@stblaw.com
meredith.karp@stblaw.com
patrick.barry@stblaw.com

*Attorney for Defendants and Nominal Defendant*