**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE BELLRING BRANDS, INC., STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:26-cv-00294-MN<br><br>(Consolidated with 1:26-cv-00341-MN) |
| This Document Relates To:<br><br>ALL ACTIONS. | |

**NOTICE OF CONSOLIDATION OF RELATED CASE**

**PLEASE TAKE NOTICE** that, pursuant to the Court's May 5, 2026 Stipulation and Order Consolidating and Staying Actions (the "Order") (D.I. No. 18), the above-captioned action appears to be related to *Basen v. Davenport, et al.*, Case No. 1:26-cv-01146-MN, filed on September 11, 2026 (the "Basen Action"). The above-captioned action and the Basen Action concern substantially the same parties and concerns the same transactions and events. Consolidation will avoid an unduly burdensome duplication of labor and expense and the risk of conflicting results.

The undersigned counsel therefore request that the Court consider whether the Basen Action should be consolidated with the above-captioned action pursuant to Paragraphs 4 and 5 of the Order. Plaintiff in the Basen Action consents to the consolidation.

*[signature block on following page]*

Dated: November 2, 2026

Respectfully submitted,

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
Email: bbennett@coochtaylor.com

*Attorneys for Plaintiff Miller*

**OF COUNSEL:**

**WEISS LAW**

David C. Katz
Mark D. Smilow
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: dkatz@weisslawllp.com
msmilow@weisslawllp.com

Joshua M. Rubin
4 Brighton Rd., Ste. 204
Clifton, NJ 07014
Email: jrubin@weisslawllp.com

*Attorneys for Plaintiff Miller*

**BRIAN MURRAY LAW PLLC**

Brian P. Murray (BM 9954)
750 E. Main Street, Suite 620
Stamford, CT 06902
Phone: (203) 883-2170
bmurray@brianmurraylaw.com

**ROWLEY LAW PLLC**

Shane T. Rowley (SR-0740)
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
srowley@rowleylawpllc.com
drl@rowleylawpllc.com

*Attorneys for Plaintiff Green*

**FARNAN LLP**

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300

Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

**THE ROSEN LAW FIRM, P.A.**
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212.686.1060
Email: estone@rosenlegal.com

*Attorneys for Plaintiff Basen*